431 F.2d 474
 UNITED STATES of America, Plaintiff-Appellee,
v.
Griffin Thomas WILLIAMS, Jr., Defendant-Appellant.
 No. 29219 Summary Calendar.*
 United States Court of Appeals, Fifth Circuit.
 October 2, 1970.
 
 Appeal from the United States District Court for the Northern District of Georgia at Atlanta; Newell Edenfield, District Judge.
 William W. Barham, court-appointed, Atlanta, Ga., for appellant.
 John W. Stokes, Jr., U. S. Atty., Allen I. Hirsch, Asst. U. S. Atty., Atlanta, Ga., for appellee.
 Before THORNBERRY, MORGAN and CLARK, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 Notes:
 
 
 *
 Rule 18, 5th Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir., 1970, 431 F.2d 409, Part I
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 430 F.2d 966 [5 Cir., 1970]